IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BURRISS,

    Petitioner,

v.

CHATHAM COUNTY STATE SUPERIOR COURT,

    Respondent.

CIVIL ACTION NO.: 4:24-cv-275

**O R D E R**

Before the Court is the Magistrate Judge's December 11, 2024 Report and Recommendation, (doc. 4), to which no objections have been filed.[1]  After a careful de novo review, the Court agrees with the Magistrate Judge's recommendation.  The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 4), as its opinion.  Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED**.  (Doc. 1.)

Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).  And, as there are no non-frivolous issues to raise on

---

[1] The service copies of the Report and Recommendation and the Court's prior Order were returned as undeliverable. (Doc. 5.)  Burriss, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change." L.R. 11.1.  Burriss' noncompliance with Local Rule 11.1 provides an alternative basis for dismissal. Cf. Fed. R. Civ. P. 41(b).

appeal, an appeal would not be taken in good faith.  Thus, *in forma pauperis* status on appeal is likewise **DENIED**.  28 U.S.C. § 1915(a)(3).  The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 30th day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA